

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00680-CV

**IN THE INTEREST OF L.C.B., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02992
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on November 2, 2015. The record has not been filed. It is therefore ORDERED that the record must be filed in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court